IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Wahida Noorza - #200622

/

No. C 13-80260 WHA

**ORDER OF SUSPENSION**

    Because Wahida Noorza has failed to respond to the order to show cause, Ms. Noorza's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE